IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH MILLER,           )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 3:05-351
                               )
SUPT. GEORGE PATRICK, et al.,    )
    Defendants.                )

O R D E R

AND NOW, this 23rd day of *March* 2006, after the plaintiff, Edward

Joseph Miller, filed a civil rights complaint in the above-captioned case, and after the defendants

moved to dismiss the complaint for failure to state a claim upon which relief may be granted, and

after a Report and Recommendation was issued by the United States Magistrate Judge, and the

parties were granted ten days after being served with a copy to file written objections thereto, and

upon consideration of the objections filed by the plaintiff, and after independent review of the

pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the

opinion of this Court,

IT IS ORDERED that the defendants' motion to dismiss the complaint (Docket No. 27)

is granted.

_____
United States District Judge

cc:    Edward Joseph Miller
        EW-7061
        SCI Cresson
        P.O. Box A
        Cresson, PA  16699-0001

        All Counsel of Record

        Honorable Robert C. Mitchell
        United States Magistrate Judge